**Kathleen Ann HOLMES, Appellant,**

v.

**Stanley Rodrick HOLMES, Jr., Respondent.**

**No. WD 36831.**

Missouri Court of Appeals, Western District.

Dec. 24, 1985.

John E. Chick, Kansas City, for appellant.

David B. Sexton and Jane Pansing Brown, Shulz, Bender, Maher & Blair, Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON, and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Former wife appeals trial court's order modifying dissolution decree to reduce child support previously ordered by the court.

Judgment affirmed. Rule 84.16(b).